IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARLAND W. KING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 08-1427 |
| ) | JUDGE STANDISH |
| JOHN YOST, WARDEN, ) | MAGISTRATE JUDGE BISSOON |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

Garland W. King's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 was received by the Clerk of Court on October 9, 2008, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on October 15, 2008, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner King be dismissed. The parties were allowed ten days from the date of service to file objections. King filed objections on October 27, 2008 (Doc. 5).

AND NOW, this 11th day of December, 2008, after de novo review of the pleadings and documents in the case, together with the Magistrate Judge's Report and Recommendation and the Petitioner's objections thereto, it is hereby ORDERED as follows:

1. The Petition for Writ of Habeas Corpus filed by Garland W. King is dismissed.

2. The Report and Recommendation of Magistrate Judge Cathy Bissoon dated October 15, 2008 (Doc. 4) is adopted as the Opinion of the Court.

*William L. Standish*
William L. Standish
United States District Judge

cc: Garland W. King
    41517-037
    FCI Loretto
    PO Box 1000
    Loretto, PA 15940